AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CIRO LUNA

Plaintiff(s)
Petitioner(s)

- against -

CAMILLE PRODUCTIONS, LLC D/B/A VERLAINE

Defendant(s)
Respondent(s)

INDEX #:
08 CIV 3844
DATE FILED:
04/23/2008

JUDGE:
STEIN

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

LAURA VELLA, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 05/09/2008, 09:07AM at 187 WOLF HILL ROAD, SUITE #101, ALBANY NY 12205, deponent served the within SUMMONS IN A CIVIL ACTION & COMPLAINT AND JURY DEMAND on CAMILLE PRODUCTIONS, LLC D/B/A VERLAINE BY SERVING ITS AUTHORIZED AGENT FOR SERVICE OF PROCESS, BUSINESS FILINGS INCORPORATED, a defendant in the above action.

By delivering to and leaving with MARIE YOUNG at the above address and that he knew the person so served to be the managing agent of the corporation.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex F   Approximate age 40   Approximate height 5'03"   Approximate weight 120   Color of skin WHITE   Color of hair BLONDE

THE LAW OFFICE OF
JUSTIN A. ZELLER

251 WEST 14TH STREET
5TH FLOOR
NEW YORK, NY 10011
(212)229-2249

_____
LAURA VELLA

Sworn to before me on 05/12/2008
MAUREEN MCCAFFREY NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2009

APPLE ATTORNEY SERVICE, PO BOX 470, MINEOLA NY 11501-04
Phone: 516-742-0077 * Fax: 516-742-4726