UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- ---x
CIRO LUNA,

                Plaintiff,

      -against-

                                        08-cv-3844 (SHS)

CAMILLE PRODUCTIONS, LLC d/b/a
VERLAINE,

                Defendant.
----------------------------------------------------------- ---x

**DEFENDANT'S RULE 7.1 DISCLOSURE**

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to valuate possible disqualification or recusal, the undersigned attorneys of record for defendants certifies that there are no corporate parents, subsidiaries or affiliates of defendants that are publicly held.

Dated: New York, New York
      May 29, 2008

                           CLIFTON BUDD & DeMARIA, LLP

                           By:__s/_____
                                 Arthur J. Robb (AR 9446)
                                 *Attorneys for Defendant*
                                 420 Lexington Avenue
                                 New York, NY 10170
                                 (212) 687-7410