UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CIRO LUNA, :

                Plaintiff, :

    -against- :

CAMILLE PRODUCTIONS, L.L.C., :

                Defendant. :

------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/13/08
```

08 Civ. 3844 (SHS) (FM)

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

      The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

____ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific Non-Dispositive Motion/Dispute*

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ _____ _____

____ Settlement*

____ Inquest After Default/Damages Hearing

**XX** Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

____ Habeas Corpus

____ Social Security

____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

All such motions: ____

Dated: New York, New York
       June 13, 2008

SO ORDERED:

/s/ Sidney H. Stein

Sidney H. Stein, U.S. District Judge

---

* Do not check if already referred for general pretrial.