```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CIRO LUNA,                                  :        08 Civ. 3844 (SHS)

               Plaintiff,        :

   -against-                                :        ORDER

CAMILLE PRODUCTIONS, L.L.C.,                :

               Defendant.        :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     A pretrial conference having been held today, with counsel for all parties present,

     IT IS HEREBY ORDERED that the last day for completion of discovery is

October 3, 2008.

Dated: New York, New York
       June 13, 2008

                                          SO ORDERED:

                                          Sidney H. Stein, U.S.D.J.