UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Ciro Luna                                          :    08 Civ. 3844 (SHS) (FM)

                Plaintiff(s),         :

       -against-                                  :    CONSENT TO PROCEED BEFORE
                                                                         UNITED STATES MAGISTRATE

Camille Productions LLC                   :
                Defendant(s).     :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        IT IS HEREBY STIPULATED by the undersigned:

        1.     All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

        2.     Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

Dated: New York, New York
          June 13, 2008

_Justin A. Zeller_                                _Arthur J. Robb, Clifton Budd & DeMaria_
Attorney for Plaintiff                      Attorney for Defendant
Address 251 West 19th Street       Address 420 Lexington Avenue
New York, NY 10011                    New York, NY 10170
Telephone (212) 229-2249           Telephone 212 687-7410

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b).)

SO ORDERED: 6/13/08

_Sidney H. Stein, U.S.D.J._

Magistrate Judge __Maas__ was assigned this case on __6/13/08__.

For: Clerk U.S.D.C. S.D.N.Y.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/08