UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CIRO LUNA,                                              :

        Plaintiff,                                      :    ORDER OF DISCONTINUANCE

-against-                                               :    08 Civ. 3844 (FM)

CAMILLE PRODUCTION, LLC,                                :

        Defendant.                                      :

------------------------------------------------------------x

        It having been reported to this Court that the above entitled action has been settled, it is hereby

        ORDERED that said action be and hereby is, discontinued with prejudice and without costs; provided, however, that within 60 days of the date of this order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

DATED:   New York, New York
         July 29, 2008

                                                     FRANK MAAS
                                  United States Magistrate Judge

Attorney for Plaintiff Ciro Luna                Attorney for Defendant Camille Prod.
Justin A. Zeller, Esq.                                Arthur J. Robb, Esq.
The Law Office of Justin A. Zeller, P.C.            Clifton Budd & DeMaria, LLP

Agreed and Consented to:                         Agreed and Consented to:

Ciro Luna                                                   Camille Productions, LLC